RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:    COURTNEY R. GLYNN (023155)
       ANNA G. CRITZ (034530)
       glynnc@mcao.maricopa.gov
       critza@mcao.maricopa.gov
       Deputy County Attorneys
       MCAO Firm No. 00032000

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Fax (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Judge Tyler Kissell*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lakisha Caughron,<br><br>                    Plaintiff,<br><br>v.<br><br>Judge Tyler Kissell, Omnia McClintock Apartments, Cullimore & Coleman PLC,<br><br>                    Defendant. | No.<br><br>**NOTICE OF REMOVAL OF MARICOPA COUNTY SUPERIOR COURT CASE NO. CV2023-009835 TO THE UNITED STATES DISTRICT COURT** |

Defendant Judge Tyler Kissell by and through undersigned counsel and pursuant to 28 U.S.C. §§1441(c), §1446(a-b), and Rule 3.6, Rules of Practice of the United States District Court for the District of Arizona, notices the removal of the above-captioned case,

1

cause number CV2023-009835, from the Arizona Superior Court, Maricopa County, to this Court, and in support of removal asserts the following:

1.      On or about June 29, 2023, Plaintiff filed a Complaint against Defendant in the Superior Court of the State of Arizona for the County of Maricopa under the caption Judge Tyler Kissell, Omnia McClintock Apartments, Cullimore & Coleman PLC. A copy of the Complaint, and all other documents previously filed in this matter and served on Defendant are attached hereto within Exhibit "B". (Exhibit "A" is the Civil Cover Sheet.).

2.      The Complaint was served on Judge Tyler Kissell on July 13, 2023.

3.      This Notice of Removal is being filed within 30 days after service of the Complaint and is therefore timely filed under 28 U.S.C. § 1446(b).

4.      The lawsuit filed in Maricopa County, among other claims, alleges the violation of Plaintiff's civil rights and is brought under 42 U.S.C. § 1983 for violations of the Sixth and Fourteenth Amendments of the United States Constitution.

5.      By reason of the above facts, (a) the United States District Court has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1441(c). To date, only Defendant Kissell and Defendant Cullimore and Coleman have been served.  Defendant Cullimore and Coleman consents to removal.  No other Defendants have been served and thus no consent is necessary.

6.      A Notice of Filing of Notice of Removal, a true and correct copy of which is attached as Exhibit "C," has been filed in the Arizona Superior Court, County of Maricopa.

WHEREFORE, Defendants respectfully request that the above action now pending in the Arizona Superior Court, Maricopa County, be removed to this Court.

RESPECTFULLY SUBMITTED on this 2nd day of August 2023.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By: */s/Courtney R. Glynn*
       COURTNEY R. GLYNN
       ANNA G. CRITZ
       Deputy County Attorneys
       *Attorneys for Judge Tyler Kissell*

CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2023, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and a copy served by US Postal Mail on non-registered participant:

Clerk of the Court
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003-2161

Thayne K. Cullimore
Cullimore& Coleman PLC
1708 E. Thomas Road Phoenix, AZ 85016
litigation@cullimorecolemand.com
*Attorney for Defendant Cullimore & Coleman PLC*

Lakisha Caughron
1715 E. Don Carlos Ave #202
Tempe, AZ 85281
*Plaintiff Pro Se*

/s/ *S.R.*
S:\CIVIL\CIV\Matters\GN\2023\Caughron v. Kissell 2023-2070\Removal\NOR (fed court) .docx

3